DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN BENNETT,**
Appellant,

v.

**TUNDE BENNETT,**
Appellee.

No. 4D21-3044

[February 3, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Alspector, Judge; L.T. Case No. FMCE13-013816.

Brian Bennett, Deerfield Beach, pro se.

David L. Hirsch of Broward's Hirsh and Associates, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***